**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-1197**

———————————

BARBARA M. BUSH,

                                    Plaintiff - Appellant,

          versus

UNITED STATES DEPARTMENT OF EDUCATION; MARY-
LAND STATE DEPARTMENT OF EDUCATION,

                                    Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Marvin J. Garbis, District Judge. (CA-00-
64-MJG)

———————————

Submitted:  April 13, 2000          Decided:  April 20, 2000

———————————

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Barbara M. Bush, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Barbara M. Bush appeals the district court orders essentially denying her request for appointment of counsel and her motion for reconsideration of the same. We dismiss the appeal for lack of jurisdiction because the orders are not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders here appealed are neither final orders nor appealable interlocutory or collateral orders.

We deny Bush's motion for appointment of counsel filed in this court and her motion for reconsideration of our prior deferral on this motion, and dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED